UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-00241 |
| ) | JUDGE SHARP |
| ) | |
| JAMES K. WOODS ) | |

MOTION TO SUBSTITUTE COUNSEL

Comes Mariah A. Wooten, First Assistant Federal Public Defender, and hereby moves this Honorable Court to substitute her as counsel of record in place of R. David Baker in the above-styled case.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten ( BPR# 006259 )
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I electronically filed the foregoing *Motion to Substitute Counsel* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Mr. Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Mariah A. Wooten*
Mariah A. Wooten